# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | CASE NUMBER: 3:09-cr-209-J-34JRK |
| | USM NUMBER: 21619-018 |
| SYLVESTER GILLON | |
| | Defendant's Attorney: Charles Truncale, Esquire (cja) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers   **One through Four** of the term of supervision.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, distribution of Cocaine Base, occurring while on supervision | March 2009 |
| Two | New criminal conduct, distribution of Cocaine Base, occurring while on supervision | March 2009 |
| Three | New criminal conduct, distribution of Cocaine Base, occurring while on supervision | April 2009 |
| Four | Positive urinalysis for Cocaine | May 2009 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__ The defendant has not violated charge number(s)__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 23, 2009

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: November 23rd, 2009

Defendant: SYLVESTER GILLON  Judgment - Page 2 of 2
Case No.: 3:09-cr-209-J-34JRK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY (30) MONTHS**, to run consecutively with the term of imprisonment imposed in Case No. 3:09-cr-133-J-34MCR.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

**Incarceration at the facility in Coleman, Florida.**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.  p.m. on _____.

  ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL